WEINBERG ZAREH MALKIN PRICE LLP
45 ROCKEFELLER PLAZA, 20TH FLOOR
NEW YORK, NEW YORK 10111
PHONE: 212-899-5470
Todd E. Duffy, Esq.
ADRIENNE WOODS, ESQ.
Email:  tduffy@wzmplaw.com
	awoods@wzmplaw.com

*Proposed Counsel to Debtor Dueto of Second Avenue, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DUETO OF SECOND AVENUE, INC.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10708 (MEW) |

**NOTICE OF PRESENTMENT OF ORDER**
**(I) ESTABLISHING BAR DATES FOR FILING CLAIMS, AND**
**(II) APPROVING THE FORM AND MANNER OF NOTICE THEREOF**

**PLEASE TAKE NOTICE** that upon the annexed motion ("**Motion**") of the above-captioned debtor and debtor-in-possession ("**Debtor**"), dated May 24, 2024, the Debtor will present the proposed *Order (i) Establishing Bar Dates for Filing Claims, and (ii) Approving the Form and Manner of Notice Thereof*, substantially in the form annexed to the Motion as **Exhibit A** ("**Proposed Order**"), for signature to the Honorable Michael E. Wiles of the United States Bankruptcy Court for the Southern District of New York ("**Court**"), One Bowling Green, New York, NY 10004-1408, on **June 18, 2024 at 12:00 p.m. (EST)**.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the

---

[1] The last four digits of Debtor's federal tax identification number are 0646.

Proposed Order and the relief requested therein, if any, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall set forth the basis for the response or objection and the specific grounds therefor, and shall be filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov), with a hard copy delivered directly to chambers and served so as to be actually received no later than **June 17, 2024 at 4:00 p.m. (EST)** ("**Objection Deadline**"), upon (i) proposed counsel for the Debtors, Weinberg Zareh Malkin Price LLP, 45 Rockefeller Plaza, 20th Floor, New York, New York 10111 (ATTN: Todd E. Duffy, Esq. and Adrienne Woods, Esq.) tduffy@wzmplaw.com and awoods@wzmplaw.com; (ii) the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014; and (iii) the Subchapter V Trustee.

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and received by the Objection Deadline, the relief requested in the Motion may be granted without further notice or a hearing. If an objection is filed, you will be notified of a hearing to consider the requested relief.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Proposed Order may be obtained by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: New York, New York
May 24, 2024

WEINBERG ZAREH MALKIN PRICE LLP

By: */s/ Todd E. Duffy*
Todd E. Duffy, Esq.
Adrienne Woods, Esq.
45 Rockefeller Plaza, 20th Floor
New York, New York 10111
Phone: 212-899-5470
Email: awoods@wzmplaw.com
Email: tduffy@wzmplaw.com

*Proposed Counsel for Dueto Second Avenue, Inc.*